Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR05-378JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL DATE |
| ) | |
| AARON SLOAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed the records and files herein and considered the government's motion, enters the following order:

1. On December 14, 2006, the defendant was found not competent to stand trial. Following that finding the defendant initially refused to participate in a competency evaluation and was resistant to taking the recommended medication.

2. On May 11, 2006, after receiving a report from Dr. Cynthia Low, this Court found the defendant mentally competent to proceed to trial.

3. Given the unpredictable nature of when the defendant would become competent and the government's involvement in another trial which is expected to last into the week of May 22, 2006, and possibly until the trial date in this matter of May 24, 2006, this Court finds that the government is in need of additional time to prepare for trial.

Order Continuing Trial Date /SLOAN— 1
CR05-378JLR

4. This Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the change of circumstances would result in a miscarriage of justice in that the government would not have adequate time to prepare the matter for trial.

5. The Court finds that the failure to grant a continuance under these circumstances would unreasonably deny the Government both continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that a continuance is justified under 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS HEREBY ORDERED that the trial date is continued from May 24, 2006 to June 19, 2006.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of this order to the new trial date is excluded in the computation of time under the Speedy Trial Act.

DONE this 18th day of May, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented by:

 *s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

Order Continuing Trial Date /SLOAN— 2
CR05-378JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970