Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>  )<br>v. )<br>  )<br>AARON JERMAINE SLOAN, )<br>       Defendant. )<br>_____ ) | NO.  CR05-378JLR<br><br>ORDER CONTINUING TRIAL DATE |

ORDER

The Court having reviewed the records and files herein and considered the parties joint request to continue the trial date, enters the following order:

1.   On June 8, 2006, for the first time, the defendant requested his attorney to assert an insanity defense to all of the charges.  The defendant has a history of mental issues and counsel will need time to explore this defense.

2.   The defendant understands that more time will be needed to explore the insanity defense and agrees to the continuance.

3.   This Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the change of circumstances would result in a miscarriage of justice in that the government would not have adequate time to explore the insanity defense and effectively prepare the matter for trial taking into account the exercise of due diligence.
.

Order Continuing Trial Date /SLOAN— 1
CR05-378JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS HEREBY ORDERED that the trial date is continued from June 18, 2006
2 until July 31, 2006.
3    IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
4 Section 3161(h), the period of time from the date of this order to the new trial date is
5 excluded in the computation of time under the Speedy Trial Act.
6    DONE this 9th day of June, 2006.

7
8
9                                             _____
                                              JAMES L. ROBART
10                                            United States District Judge

11 Presented by:
12
13 *s/Bruce F. Miyake*
   BRUCE F. MIYAKE
14 Assistant United States Attorney
15
16
17 *s/ per telephonic approval*
   ALISON CHINN HOLCOMB
18 Attorney for Aaron J. Sloan
19
20
21
22
23
24
25
26
27
28

Order Continuing Trial Date /SLOAN— 2
CR05-378JLR