THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-378JLR |
| Plaintiff, | |
| v. | ORDER |
| AARON JERMAINE SLOAN, | |
| Defendant. | |

THIS MATTER having come before the Court upon Government's motion for a psychiatric examination to determine the defendant's sanity at the time of the charged offenses.

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Sections 4242(a), and 4247(b), that the defendant shall be examined by a psychiatrist of the Bureau of Prisons who will attempt to determine whether at the time of the commission of the acts constituting the charged offenses, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts.

IT IS FURTHER ORDERED that the defendant shall cooperate with the psychiatrist during the examination; and

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 4247(b) and (c), that a report shall be prepared as a result of the psychiatric examination and the results of the report shall be furnished to the Court and counsel for the defendant and the United States; and

ORDER/SLOAN— 1
CR05-378JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED that no statement made by the defendant in the course of psychiatric examination shall be admitted as evidence against himself except on an issue regarding his mental condition if that issue is raised by him.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 4247(b), the examination take place within forty five (45) days of the date of this order, with allowance for an additional thirty (30) days upon a showing of good cause by the director of the examining facility that the additional time is necessary to observe and evaluate the defendant. Leave of Court for the thirty (30) day extension, if sought, must be sought pursuant to the expiration of the initial forty five (45) day period.

IT IS FURTHER ORDERED that report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18, United States Code, Section 4247(c).

The Clerk of the Court is directed to provide copies of this Order to all counsel.

DATED this 22nd day of June, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER/SLOAN— 2
CR05-378JLR