HONORABLE JAMES ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AARON SLOAN,<br><br>　　　　Defendant. | Cause No.  CR05-378JLR<br><br>**ORDER CONTINUING TRIAL** |

　　　This matter having come before the Court on motion of the Defendant Aaron Sloan for a continuance of the trial based upon the Defendant's need for additional time to prepare for trial, the Court hereby finds as follows:

　　　1.　　The ends of justice will be served by ordering a continuance, as the continuance is necessary to effective trial preparation.

　　　2.　　Such ends supercede and outweigh the best interests of the public and the defendant in a speedy trial.

　　　3.　　The period from October 11, 2006 to the new trial date of December 12, 2006, shall be deemed to be excludable time under Title 18 USC § 3161(h)(8)(B)(iv).

ORDER CONTINUING TRIAL - 1

S:\Robart\ORDERS\CRIMINAL\CR05-0378- ord.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

| | |
|---|---|
| 1 | |
| 2 | NOW THEREFORE IT IS ORDERED that the trial is continued to December 12, 2006. |
| | Defendant shall have until the close of business on October 23, 2006, to file pre-trial motions. |
| 3 | |
| 4 | Dated this 12th day of October 2006. |
| 5 | /s/ James L. Robart<br>JUDGE |
| 6 | |
| 7 | Presented by: |
| 8 | /s/ Gilbert H. Levy<br>Gilbert H. Levy, WSBA 4805<br>Attorney for Defendant Aaron Sloan |

ORDER CONTINUING TRIAL - 2

S:\Robart\ORDERS\CRIMINAL\CR05-0378- ord.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252