# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON JERMAINE SLOAN,<br><br>Defendant. | NO. CR05-378-JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 30, 2009. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by Pete Mazzone. The proceedings were digitally recorded.

The defendant had been charged and convicted of Anthrax Hoax, in violation of 18 U.S.C. § 1038(a)(1). On or about January 22, 2007, defendant was sentenced by the Honorable James L. Robart to a term of twenty-four (24) months in custody, to be followed by three (3) years of supervised release. Defendant's probation/supervised released was previously revoked on April 7, 2008 and August 25, 2008.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

programs; financial disclosure; search; no ID in other than true name; take all psychotropic medications as prescribed; no contact with Economist Newspaper, Time Magazine, Newsweek Magazine, National Geographic Society, or the United Nations Scientific Organization; no contact with FBI Agent Reid Nakamura, or other employees or offices of the FBI; no contact with the President of the United States; 120 days RRC; and shall not use another's name or identifying information or mail anything in other than true legal name.

In a Petition for Warrant or Summons, dated July 30, 2009, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of his supervised release:

(1) Contacting the Federal Bureau of Investigation (FBI) and its employees, on multiple occasions, by phone, text message, and in person in violation of the special condition ordering him to not have contact with any employee or office of the FBI.

(2) Committing the crime of Attempted Bank Robbery, on or about July 28, 2009, in violation of the standard condition that he not commit another federal, state, or local crime.

On August 4, 2009, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. On November 30, 2009, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has not been set before the Honorable James L. Robart.

1 | Pending a final determination by the Court, the defendant has been detained.

2 | DATED this 30th day of November, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Mr. Bruce Miyake
Defendant's attorney: Mr. Pete Mazzone
Probation officer: Mr. Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3